```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA              :

          - v. -                      :      INDICTMENT

LUZ SANCHEZ,                          :      05 Cr.

                                      :

              Defendant.              :

- - - - - - - - - - - - - - - - - - x
```



**05 CRIM. 42**

**JUDGE CHIN**

COUNT ONE

The Grand Jury charges:

1. From in or about August 2004 up to and including in or about September 2004, in the Southern District of New York and elsewhere, LUZ SANCHEZ, the defendant, and others known and unknown, unlawfully, intentionally and knowingly did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that LUZ SANCHEZ, the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, 100 grams and more of mixtures and substances containing a detectable amount of heroin, in violation of Sections 812, 841(a)(1) and 841(b)(1)(B) of Title 21, United States Code.

## Overt Acts

3. In furtherance of said conspiracy and to effect the illegal object thereof, the following overt act was committed in the Southern District of New York:

a. On or about September 2, 2004, while in New York, New York, LUZ SANCHEZ, the defendant, had a telephone conversation regarding narcotics business with a co-conspirator not named as a defendant herein.

(Title 21, United States Code, Section 846.)

## Supplemental Allegations

4. With respect to the charges contained in Count One, the quantity of heroin involved exceeded 400 grams.

_____ 1/11/05        _____
FOREPERSON                              DAVID N. KELLEY
                                        United States Attorney

2

Form No. USA-33s-274 (Ed. 9-25-58)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA**

- v -

**LUZ SANCHEZ,**

Defendant.

### INDICTMENT

05 Cr.

(Title 21, United States Code, Section 846).

DAVID N. KELLEY
United States Attorney.

**A TRUE BILL**

_____  1/11/05
Foreperson.

1/11/05  [illegible handwritten note] This case is
Assigned to Judge Chin for all purposes