UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                  :

          - v. -                          :     <u>INFORMATION</u>

LUZ SANCHEZ,                              :     S1 05 Cr. 42 (DC)

                                :

               Defendant.              :

- - - - - - - - - - - - - - - - - - - - x

<u>COUNT ONE</u>

The United States Attorney charges:

1.  From in or about August 2004 up to and including in or about September 2004, in the Southern District of New York and elsewhere, LUZ SANCHEZ, the defendant, and others known and unknown, unlawfully, intentionally and knowingly did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

2.  It was a part and an object of the conspiracy that LUZ SANCHEZ, the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, 100 grams and more of mixtures and substances containing a detectable amount of heroin, in violation of Sections 812, 841(a)(1) and 841(b)(1)(B) of Title 21, United States Code.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: DEC 09 2005

<u>Overt Act</u>

3. In furtherance of said conspiracy and to effect the illegal object thereof, the following overt act was committed in the Southern District of New York:

a. On or about September 2, 2004, while in New York, New York, SANCHEZ had a telephone conversation regarding narcotics business with a co-conspirator not named as a defendant herein.

(Title 21, United States Code, Section 846.)

_____
FOREPERSON

*Michael J. Garcia* (signature)
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v -

LUZ SANCHEZ,

**Defendant.**

## INFORMATION

S1 05 Cr. 42 (DC)

(Title 21, United States Code, Section 846).

MICHAEL J. GARCIA
United States Attorney.

12/9/05 DEFT LUZ SANCHEZ APRS W/ATTY BARRY GOLDBERG AUSA JONATHAN NEW. DEFT WAIVES INDICTMENT AND PLEADS NOT GUILTY. DEF W/DRAWS PLEA OF NOT GUILTY AND PLEADS TO CT OF UP S1 05 CR 42. PSI ORDERED. SEN DATE SET FOR 3/30/06. DETAINED

USDJ CHIN