UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X

UNITED STATES OF AMERICA        :

      v.                         :

LUZ SANCHEZ,                    :    S1 05 Cr. 42 (DC)

      Defendant.                 :

------------------------------X

        The above-named defendant, who is accused of violating Title 21, United States Code, Section 846, being advised of the nature of the charge and of her rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
LUZ SANCHEZ
Defendant

_____
Witness

_____
Barry Goldberg, Esq.
Counsel for Defendant

Date:   New York, New York
         December , 2005

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: DEC 09 2005

0202